# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Yoni Nemias Diaz-Velasquez**; DOB: 2004; Mexico<br>**Luis Estrada Gutierrez**; DOB: 1986; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-14160MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1326(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Charge 1:** On or about September 25, 2025, in the District of Arizona, **Yoni Nemias Diaz-Velasquez** and **Luis Estrada-Gutierrez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Brayan De La Cruz-Aguilar, Maria Santiago-Santiago, Cesar Francisco Manzano-Matias, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**Charge 2:** On or about September 25, 2025, in the District of Arizona, **Luis Estrada-Gutierrez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 11, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Code, Section 1326(a)**, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 25, 2025, in the District of Arizona (Three Points) Border Patrol agents (BPAs) were observing traffic near the State Route (SR) 86 Border Patrol Checkpoint, which was not operational at the time. At approximately 5:50 a.m., BPAs noticed a silver Nissan Pathfinder bearing Arizona license plate 35A0CR approach the closed checkpoint. The registration returned out of Phoenix and appeared to be a pseudo registration as some of the identifying information was missing. As the Pathfinder slowed down through the Checkpoint, BPAs observed the rear of the vehicle sagging in the rear cargo area, indicating it had significant weight in the back. As the Pathfinder exited the Checkpoint area, it took off at a high rate of speed, swerving around a vehicle in front of it. BPAs pursued the Pathfinder, initiating a stop by turning on their lights and siren. The Pathfinder failed to yield, turned its lights off, and began weaving in and out of traffic – driving dangerously. Agents terminated the pursuit but notified other agents in the area, who then observed the Pathfinder continuing to travel at a high rate of speed with its lights out on SR 86 and, ultimately, onto Interstate 10. On I-10, the Pathfinder flashed its lights on and off before exiting onto the Frontage Road at Marana exit 236. The Pathfinder reached speeds of 95 miles per hour or more. Agents on the Frontage Road set up a controlled tire deflation device and the Pathfinder struck the device with one of its tires. It continued to flee, swerving across the oncoming traffic lane and almost driving through a barbed wire fence, then swerving across both lanes of traffic again before wrecking into a dirt/gravel pit on the shoulder of the road. The Pathfinder came to a complete stop at approximately 7:00 a.m., and multiple people absconded from the vehicle. Agents and other law enforcement officers responded and apprehended seven subjects that had been in the Pathfinder. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Brayan De La Cruz-Aguilar, Maria Santiago-Santiago, Cesar Francisco Manzano-Matias

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent Nick Piccolo |
|---|---|
| Sworn by telephone **x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>September 26, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

Immigration inspections on all seven of the vehicle's occupants determined that they were Mexican or Guatemalan citizens illegally present in the United States. Records checks revealed that the driver, later identified as **Yoni Nemias Diaz-Velasquez**, and one of the passengers who was later identified as the foot guide, **Luis Estrada-Gutierrez**, do not possess the proper documentation to enter, pass through, or remain in the United States legally. Records checks of the other passengers, including Brayan De La Cruz-Aguilar, Maria Santiago-Santiago, Cesar Francisco Manzano-Matias, also revealed they do not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Bryan De La Cruz-Aguilar stated he is a Mexican citizen and his friend arranged for him to be smuggled into the United States for an unknown amount of money. He stated he illegally crossed the International Border Fence (IBF) with a group of five people that included one foot guide. He stated the group walked to a paved road where the foot guide called to get picked up by the load vehicle. Cruz-Aguilar said they waited approximately one hour and a vehicle showed up and the foot guide told the group to get in the rear cargo area. Cruz-Aguilar stated the foot guide also entered the vehicle. He stated the vehicle was occupied by the driver and a front seat passenger prior to him entering the vehicle. He stated when the vehicle came to a stop, several subjects exited the vehicle, and he was shortly apprehended inside the vehicle. De La Cruz-Aguilar identified **Yoni Diaz-Velasquez** as the driver, and **Luis Estarda-Gutierrez**, as the foot guide when shown photographs of the group.

Material witness Maria Santiago-Santiago stated she is a Mexican citizen and she made arrangements to be smuggled into the United States for 140,000 Mexican pesos. She stated she illegally crossed the IBF with four other people that included one foot guide. She stated the group walked to a paved road where the foot guide told them a vehicle would be picking them up. She stated when the vehicle arrived, the foot guide instructed the group to get in the rear cargo area. She stated she entered the rear cargo area and laid flat on the floorboard. When shown photo arrays, Santiago-Santiago identified **Yoni Diaz-Velasquez** as the driver, and **Luis Estarda-Gutierrez**, as the foot guide.

Material witness Cesar Francisco Manzano-Matias stated he is a Mexican citizen and his friend arranged for him to be smuggled into the United States for an unknown amount of money. He claimed he illegally crossed the IBF with a foot guide along with five other people. He stated the foot guide advised the group it would take approximately 8 hours to walk to their pickup location. He stated the vehicle arrived, and he was instructed by the driver to lay down in the rear seat. He stated the foot guide did not get into the vehicle. He stated once the vehicle came to a stop he fled from the vehicle until he was apprehended by BPAs.

After waiving his *Miranda* rights, **Yoni Nemias Diaz-Velasquez** stated he is a Mexican citizen illegally present in the United States. **Diaz-Velasquez** stated he had been living in Phoenix for the past three years and responded to a Facebook Marketplace listing seeking drivers. He stated he left Phoenix at approximately 2:00 a.m. on the morning of September 25, 2025, with his friend, Cesar Francisco Manzano Matias (also in the vehicle). He stated that they planned to drive to Tucson and pick up illegal aliens. He stated he expected to be paid for delivering the aliens to Phoenix. He arrived in Tucson at around 3:00 a.m., and waited for further instructions. At approximately 5:20 a.m. he received a location "ping" from the individual operating the Facebook Marketplace listing, as the location to pick up the illegal aliens. He stated he was instructed to drive to the location and honk his horn to signal the group of illegal aliens. He stated five illegal aliens exited the brush and entered his vehicle. He stated he refused to stop when BPAs attempted to pull him over and would have continued to flee if his vehicle was not stuck by the tire deflation device. He stated he was going to be paid $1400 per illegal alien he transported back to Phoenix, Arizona.

After waiving his *Miranda* rights, **Luis Estrada-Gutierrez** stated he is a Mexican citizen and this was his second attempt to illegally cross into the United States. He stated he was recruited by a smuggling organization in Mexico to become a foot guide. After initially denying that there was a foot guide in the group, he then admitted to being the foot guide for this group and said he was going to be paid $800 for each illegal alien he successfully smuggled into the United States. **Estrada-Gutierrez** was previously deported from the United States through Nogales, Arizona on September 11, 2025. On September 25, 2025, **Estrada-Gutierrez** was found in the United States without the proper immigration documents and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.